United States District Court
Southern District of Texas
**ENTERED**
March 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUCAS LOMAS, CARLOS EALGIN on behalf of themselves and all others similarly situated, | § § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. H-16-3745 |
| HARRIS COUNTY, TEXAS, | § § § |
| Defendant. | § |

**ORDER**

Defendant filed an agreed motion for continuance of the scheduling conference, (Docket Entry No. 14). The motion is granted. The initial pretrial and scheduling conference is reset to **April 14, 2017, at 3:00 pm.**. The joint discovery/case management plan is due by April 10, 2017.

SIGNED on March 10, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge