# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| LUCAS LOMAS, and <br> CARLOS EALGIN, <br>      On behalf of themselves and all <br>      others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS COUNTY, TEXAS, <br><br> Defendant. | Case No. 16-CV-3745 <br><br> (Class Action) |

## JOINT MOTION FOR ENTRY OF JUDGMENT

The parties have settled this case. The parties therefore jointly move the Court to enter the proposed final judgment attached to this motion as Exhibit A.

Respectfully submitted,

/s/ *Rebecca Bernhardt*

Rebecca Bernhardt (TX Bar No. 24001729)
*Attorney-in-Charge*
Susanne Pringle (TX Bar No. 24083686)
Texas Fair Defense Project
314 E Highland Mall Blvd, Suite 108
Austin, Texas 78752
(512) 637-5220
rbernhardt@fairdefense.org
springle@fairdefense.org


/s/ *Charles Gerstein*

Charles Gerstein
(Admitted *pro hac vice*)
Elizabeth Rossi
(Admitted *pro hac vice*)
Alec Karakatsanis
(Admitted *pro hac vice*)
Civil Rights Corps
910 17th Street NW, Fifth Floor
Washington, DC 20001
(202) 681-2409
elizabeth@civilrightscorps.org
charlie@civilrightscorps.org
alec@civilrightscorps.org

*Attorneys for Plaintiffs*

    */s/ Katharine D. David*
Katharine D. David
Federal I.D. No. 577391
Texas Bar No. 24045749
kdavid@gardere.com
Mike Stafford
Federal I.D. No. 20898
Texas Bar No. 18996970
mstafford@gardere.com
Marla Thompson Poirot
Texas State Bar No. 00794736
Federal I.D. No. 23658
mpoirot@gardere.com
Philip J. Morgan
Federal I.D. No. 1708541
Texas Bar No. 24069008
pmorgan@gardere.com
Gardere Wynne Sewell LLP
2000 Wells Fargo Plaza
1000 Louisiana Street
Houston, TX 77002-5011
Ph: 713-276-5500 – Fax: 713-276-5555


    */s/ Melissa Spinks*
Melissa Spinks
Sr. Assistant County Attorney
Federal I.D. No. 1312334
Texas Bar No. 24029431
melissa.spinks@cao.hctx.net
1019 Congress, 15th Floor
Houston, Texas 77002
Ph: 713-274-5101 – Fax: 713-755-8924

*Attorneys for Defendant, Harris County*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Charles Gerstein*
Charles Gerstein