United States District Court
Southern District of Texas
**ENTERED**
November 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUCAS LOMAS, and<br>CARLOS EALGIN,<br>　　On behalf of themselves and all<br>　　others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br><br>　　　　Defendant. | Case No. 16-CV-3745<br><br>(Class Action) |

### FINAL CONSENT JUDGMENT

Harris County and Plaintiffs have agreed to settle this case. Per the Settlement Agreement attached to this Judgment as Exhibit 1, the District Attorney, in her official capacity, has agreed to change (and has already changed) the process of presenting probable cause statements for warrantless arrests, whereby an officer now swears to the facts being inputted into the District Attorney Intake System ("DIMS") and, as a result, sworn facts are now presented to judicial officers for determination of probable cause.

It is understood by the parties that, by agreeing to settle this case, Harris County is not admitting liability nor is Harris County admitting that the policies and practices complained of in Plaintiffs' complaint are those of Harris County.

Moreover, by agreement of the parties, Harris County has agreed to pay $75,000 in reasonable attorneys' fees payable to Civil Rights Corps in order to settle this litigation. By paying

attorneys' fees, Harris County is not admitting that it is liable or that the policies at issue represent those of Harris County.

THEREFORE, it is hereby ORDERED that the parties shall follow the terms set forth in the Settlement Agreement, attached as Exhibit 1. The Court further orders that the Settlement Agreement shall be monitored by an independent monitor for a period of three years from the entry of this Consent Judgment. The monitor shall be responsible for ensuring that the District Attorney has modified the DIMS system in accordance with the above terms. The monitor will notify Plaintiffs' counsel and the Court of any non-compliance as soon as practicable. Harris County, as the custodian of records, will retain accurate copies (in either paper or electronic form) of all DIMS summaries that are presented to hearing officers for probable cause determinations and copies of all video hearings for at least one year after the probable cause determinations, and Harris County will make such records available to the monitor upon request. The Court retains jurisdiction solely for the purpose of enforcing the terms of the settlement agreement.

SIGNED this _1st_ day of _November_, 2017.

_____
UNITED STATES DISTRICT JUDGE